In the Matter of the Application of the Bath Electric and Gas Light Company for a Writ of Certiorari against the Public Service Commission of the State of New York, Second District, and Trustees of the Village of Bath.— Motion to quash writ denied.

William Moriarty, Respondent, v. Schenectady Illuminating Company, Appellant.— Judgment and order unanimously affirmed, with costs.

The New York Central and Hudson River Railroad Company, Appellant, v. The Town of Ghent and Others, Respondents.— Judgment unanimously affirmed, with costs.

The People of the State of New York ex rel. Sylvanus R. Lockwood, Relator, v. Charles B. Pratt, as Conservation Commissioner of the State of New York and Others, Respondents.— Motion to dismiss writ of certiorari on the ground it was obtained by misstatement of facts denied. Determination of Conservation Commission unanimously confirmed upon the merits, without costs.

The People of the State of New York, Respondent, v. Aikenhead, Bailey & Donaldson, Inc., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. Hosea H. Rockwell and Rena Rockwell v. Harry N. Hoffman, Mayor, and Others, Constituting the Board of Public Works of the City of Elmira and Others.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

Lowell M. Palmer and Others, as Executors and Trustees under the Will of Henry U. Palmer, and Lowell M. Palmer, v. The State of New York.— Motion to dismiss appeal denied. Motion to compel the claimants to accept notice of appeal and exceptions granted, without costs. Howard, J., dissented.

The People of the State of New York, Respondent, v. Jacob Dealy, Appellant.— Judgment unanimously affirmed, with costs.

James J. Quirk, Respondent, v. Isabella M. Kenny, Appellant, Impleaded with John B. King, Defendant.— Judgment and order reversed on law and facts, the court holding as a fact that the verdict is against the weight of evidence upon the question of the defendant's negligence, and new trial granted, with costs to appellant to abide event. All concurred.

Joseph M. Russell, Appellant, v. Adam A. Gregg, Respondent.— Judgment and order unanimously affirmed, with costs.

Jefferson Seeley, Respondent, v. George L. Williams, Appellant.— Judgment and order reversed as against the weight of evidence, and new trial granted, with costs to appellant to abide event. All concurred. The finding of fact disapproved of being that the plaintiff performed his contract.

Samuel A. Samuels, Respondent, v. The New York Central and Hudson River Railroad Company and Hudson River Bridge Company, Appellants.— Judgment and order unanimously affirmed, with costs.

Ralph Swanck, Appellant, v. Northern Central Railway Company, Respondent.— Order affirmed, with costs, unless the plaintiff within twenty days stipulates to reduce the verdict to $15,000; if such stipulation is filed, order is reversed and verdict as so reduced is reinstated and judg-